Gas Works Construction Company, Respondent, v. Joseph A. Monheimer and others, Appellants. — Order affirmed, with costs and disbursements. Opinions by Patterson, J., and Van Brunt, P. J.

James B. White and others, Appellants, v. Alexander Roes, Respondent. — Decree affirmed, with costs. Opinion by Patterson, J.

The National Park Bank. Plaintiff. v. Warren N. Goddard and others, Defendants; Appeal of Joseph Lilienthal. — Order affirmed, without costs; with leave to the appellant to renew his motion upon notice to all the parties in interest. · Opinion by Van Brunt, P. J.

The National Park Bank, Appellant, v. Warren N. Goddard and others, Henry W. Gray, Special Receiver, etc., Respondents. — Order modified as directed in opinion, and, as modified, affirmed, without costs. Opinion by Van Brunt, P. J.

Joseph Lentilhon and others. Respondents, v. Williamson Bacon, Appellant. — Order reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs, with leave, upon the payment of the costs of the motion and of this appeal, for the plaintiff to move for a commission upon interrogatories. Opinion by Van Brunt, P. J.

William Comyns, Appellant, v. William H. Ryker and others, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Alfred C. Cheney v. Samuel W. Schuyler and others. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.